

**J.C. CHRISTENSEN AND ASSOCIATES, INC.**
P.O. BOX 519, SAUK RAPIDS, MN 56379

**CREDITOR(S)**
RESURGENT CAPITAL SERVICES

**REGARDING**
4465610800605947

Account Number: ML3518-SR2
**AMOUNT OWED**
$2,679.18

Oct 27, 2006

Dear Ahmet Hepsen,

This account has been referred to us for collection.

If you do not dispute the legitimacy of this debt, we are prepared to offer you a settlement offer of 40% of the total balance due. The total amount you would need to pay in one lump sum is $1071.67. This represents a savings of $1607.51.

Make your check or money order payable to: J.C. Christensen & Associates, inc.

Rose Wagner
1 866-350-8346

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Unless you notify this office within thirty days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume the debt is valid. If you so notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment, if any, and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

**NOTICE: PLEASE SEE NEXT PAGE FOR IMPORTANT CLIENT INFORMATION.**
JCC receives incoming calls Central Standard Time or Central Daylight Time
Monday-Tuesday 8am-9pm, Wednesday-Friday 8am-5pm, Saturday 8am-noon
J.C.C., 215 North Benton Drive, Sauk Rapids, MN 56379 1 866-350-8346

--- PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT ---

6341 Inducon Drive East
Sanborn, NY 14132-9097

ADDRESS SERVICE REQUESTED



Oct 27, 2006
Account Number: ML3518-SR2

I authorize the following amount to be charged to my charge card shown.

☐ ☐ ☐ ☐

Cardholder name: _____ Exp. Date: _____
Account #: _____
Amount $: _____ Signature: _____
☐ Western Union Quick Collect. Code City: JCC, MN

Balance Due: $2,679.18

#BWNDLZK
#C000 083S MON8#   *A-01-X02-AM-04569
AHMET HEPSEN
275 HERONS RUN DR APT 707
SARASOTA FL 34232-1749

PLEASE SEND ALL CORRESPONDENCE TO:

J.C. CHRISTENSEN & ASSOCIATES, INC.
PO BOX 519
SAUK RAPIDS MN 56379-0519

(A-1)

# EXHIBIT "A"