

# FACT SHEET

| | | | |
|---|---|---|---|
| CRS #: | ML3518 | Client #: | RS504 -1 |
| Name: | HEPSEN, AHMET | RESURGENT CAPITAL SERVICES | |
| Address: | 275 HERONS RUN DR | Acct #: | 4465610800605947 |
| | APT 707 | | |
| City/State: | SARASO, FL 34232 | Regarding: | PROVIDIAN NATIONAL B |
| Phone #1: | (000) 000-0000 | Amt Refered: | 2024.17 |
| Phone #2: | (000) 000-0000 | Current Bal: | 2024.17 |
| Soc Sec No: | 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 | Comm Rate: | 55.000% |
| Contact: | CEASE | Costs: | 0.00 |
| | | Ck Chg/Fee: | 0.00 |
| Status: | 76  DEBTOR DISPUTES | Interest Rate: | 0.000% |
| Coll Unit: | 105  CEASE AND DESIST | Interest Amt: | 664.01 |
| Date Last: | 10/26/06 | Date Received: | 10/26/06 |
| Activity Code: | NU NOT USED | | |

PD COLL ITEM
KREVOLVNG PMT          0.00KORIG MORTGAG          0.00KCURR MORTBAL
MO INSTALL
FINTRADEwBAL

==================================================================

| ----------PAYMENTS---------- | | | | --------------TRANSACTIONS-------------- | | | | |
|---|---|---|---|---|---|---|---|---|
| --Date-- | Amount | Code | Rate | --DATE-- | TIME | AC/RC | ----COMMENT---- | ID |
| 11/27/06 | 9.00 | 44105 | 100.0% | 10/27/06 | 09:25 | SN/R | | SYS |
| 11/28/06 | -655.01 | 44SR2 | 100.0% | 11/02/06 | 09:38 | TR/NA | UNKNOWN NUMBER | SYS |
| 11/28/06 | -655.01 | 44SR2 | 100.0% | 11/02/06 | 09:38 | TW/NA | UNKNOWN NUMBER | SYS |
| 11/08/06 | 655.01 | 44SR2 | 100.0% | 11/07/06 | 12:09 | TR/NA | UNKNOWN NUMBER | SYS |
| 10/31/06 | 655.01 | 44SR2 | 100.0% | 11/07/06 | 00:33 | CC/CC | WP-8132535404 | WCV |
| 10/26/06 | 655.01 | 44SR2 | 100.0% | 11/07/06 | 12:08 | TW/BN | | SYS |
| 10/26/06 | 0.00 | 97 | | 11/08/06 | 08:10 | TR/NA | UNKNOWN NUMBER | SYS |
| | | | | 11/10/06 | 09:38 | TR/NA | UNKNOWN NUMBER | SYS |
| | | | | 11/10/06 | 09:38 | TR/NA | UNKNOWN NUMBER | SYS |
| | | | | 11/13/06 | 13:29 | TR/NA | UNKNOWN NUMBER | SYS |
| | | | | 11/14/06 | 13:54 | DC/GI | | KR3 |
| | | | | DTR CLLD MMD FOR BIF SD HE ALREADY | | | | |
| | | | | PD THIS WLL SND PROOF | | | | |
| | | | | 11/14/06 | 13:54 | CS/10 | | KR3 |
| | | | | 11/14/06 | 13:54 | CS/11 | | KR3 |
| | | | | 11/14/06 | 08:53 | TR/NA | UNKNOWN NUMBER | SYS |
| | | | | 11/17/06 | 00:00 | TR/NA | UNKNOWN NUMBER | SYS |
| | | | | 11/21/06 | 09:29 | CS/76 | | NYO |
| | | | | 11/21/06 | 09:29 | TA/ | SR2 | NYO |
| | | | | 11/21/06 | 09:29 | RA/RA | | NYO |
| | | | | RCVD LTR WILL SCAN | | | | |
| | | | | 11/21/06 | 09:29 | CC/CC | HP-6787214526 | NYO |
| | | | | 11/21/06 | 09:29 | CC/CC | WP-7276443172 | NYO |
| | | | | 11/21/06 | 09:29 | CC/CC | EMP- | NYO |



EXHIBIT
2

```
ML3518   HEPSEN, AHMET                                    Page 2

-----------PAYMENTS-----------------   -------------TRANSACTIONS--------------
--Date--      Amount    Code   Rate   --DATE--   TIME  AC/RC  ----COMMENT---- ID

                                       11/21/06  00:00  TR/NA  UNKNOWN NUMBER  SYS
                                       11/30/06  09:54  RA/RA                  REB
                                         RECVD DISPUTE LETTER WITH CEASE
                                         WILL FORWARD TO CLIENT
                                       11/30/06  09:54  CS/16                  REB

Date Printed:  May 28, 2008
```



| User: MJO1 | | *Account Information* | | 5/28/2008 3:18 pm |
|---|---|---|---|---|

| Acct # | Client Acct # | Status | Follow-Up Date | |
|---|---|---|---|---|
| 4912462 | 4465610800605947 | INACTCANCEL | 12/06/2006 | |

**Responsible Party**

| Name: AHMET HEPSEN | SSN: 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 | Ph: |
|---|---|---|
| Address: 275 HERONS RUN DR | POE: CEASE | POE Ph: |
| SARASO, FL 34232 | ADR: | DOB: |

| Client: REOSSE - RESURGENT CA | | Org Bal: 2,024.17 |
|---|---|---|
| List Date: 10/26/2006 | Service Date: 10/26/2006   Calls: 0   Cont: 0 | Cur Bal: 2,688.18 |

**Previous Address**

| Date | Time | Address | City, State Zip |
|---|---|---|---|

**Asset Information**

| Bank ID: | Account: |
|---|---|
| Name: | Phone: |
| Address: | Credit Card: |
| | Charge #: |
| | Expiration Date: |
| Property: | |
| Address: | |

**Attorney**

| Attorney ID | Name | Phone |
|---|---|---|

**Transaction Information**

| Date | Type | Reference | Amount |
|---|---|---|---|
| 12/3/2006 | NBDJ | | 2,024.17 |
| 12/3/2006 | NBDJ | | 664.01 |
| 12/3/2006 | INTIN | | 655.01 |
| 12/3/2006 | INTIN | | 655.01 |
| 12/3/2006 | INTIN | | 655.01 |
| 12/3/2006 | INTDE | | -655.01 |
| 12/3/2006 | INTDE | | -655.01 |
| 12/3/2006 | INTIN | | 9.00 |

1

 

User: MJO1 **Account Information** 5/28/2008
3:16 pm

**Notes**

| | | | |
|---|---|---|---|
| CNV | 10/27/2006 | 9:25:00AM | SYS SN/R |
| CNV | 11/2/2006 | 9:38:00AM | SYS TR/NA UNKNOWN NUMBER |
| CNV | 11/2/2006 | 9:38:00AM | SYS TW/NA UNKNOWN NUMBER |
| CNV | 11/7/2006 | 12:33:00AM | WCV CC/CC WP-8132535404 |
| CNV | 11/7/2006 | 12:08:00PM | SYS TW/BN |
| CNV | 11/7/2006 | 12:09:00PM | SYS TR/NA UNKNOWN NUMBER |
| CNV | 11/8/2006 | 8:10:00AM | SYS TR/NA UNKNOWN NUMBER |
| CNV | 11/10/2006 | 9:38:00AM | SYS TR/NA UNKNOWN NUMBER |
| CNV | 11/13/2006 | 1:29:00PM | SYS TR/NA UNKNOWN NUMBER |
| CNV | 11/14/2006 | 8:53:00AM | SYS TR/NA UNKNOWN NUMBER |
| CNV | 11/14/2006 | 1:54:00PM | KR3 CO/CO PD THIS WLL SND PROOF |
| CNV | 11/14/2006 | 1:54:00PM | KR3 CS/10 |
| CNV | 11/14/2006 | 1:54:00PM | KR3 CS/11 |
| CNV | 11/14/2006 | 1:54:00PM | KR3 DC/GI DTR CLLD MMD FOR BIF SD HE ALREADY |
| CNV | 11/17/2006 | 12:00:00AM | SYS TR/NA UNKNOWN NUMBER |
| CNV | 11/21/2006 | 12:00:00AM | SYS TR/NA UNKNOWN NUMBER |
| CNV | 11/21/2006 | 9:29:00AM | NYO CC/CC EMP- |
| CNV | 11/21/2006 | 9:29:00AM | NYO CC/CC HP-6787214526 |
| CNV | 11/21/2006 | 9:29:00AM | NYO CC/CC WP-7276443172 |
| CNV | 11/21/2006 | 9:29:00AM | NYO CS/76 |
| CNV | 11/21/2006 | 9:29:00AM | NYO RA/RA RCVD LTR WILL SCAN |
| CNV | 11/21/2006 | 9:29:00AM | NYO TA/ SR2 |
| CNV | 11/30/2006 | 9:54:00AM | REB CO/CO WILL FORWARD TO CLIENT |
| CNV | 11/30/2006 | 9:54:00AM | REB CS/16 |
| CNV | 11/30/2006 | 9:54:00AM | REB RA/RA RECVD DISPUTE LETTER WITH CEASE |
| FSAW | 12/8/2006 | 1:15:17PM | ARRELSTATUSID changed from CEASE to INACTCANCEL |
| FSAW | 12/8/2006 | 1:15:17PM | Action ARCANCEL: Account moved to CANCEL phase to cancel it. |
| FSAW | 12/8/2006 | 1:15:17PM | ARACCANCID changed from to DISPUTE |
| FSAW | 12/8/2006 | 2:54:50PM | Account canceled back to client in cancel run 110. |
| FLKF | 12/26/2006 | 11:42:18AM | Action ARACINACT: Account 4912462 inactivated successfully |
| EMP1 | 3/26/2007 | 8:06:14PM | ARACCLCRLPYPDTE changed from to 07/30/1999 |
| EMP1 | 5/8/2007 | 9:54:20AM | ARACCANCID changed from DISPUTE to |
| EMP1 | 5/8/2007 | 9:54:21AM | ARRELSTATUSID changed from INACTCANCEL to CEASE |
| EMP1 | 5/8/2007 | 9:54:21AM | Action ARMATCH: No match found. |
| EMP1 | 5/8/2007 | 9:54:21AM | ARRELCONLVL changed from AROPEN to ARCEASE |
| EMP1 | 5/8/2007 | 9:54:21AM | Action ARRMVPOOL: (4912462) AHMET HEPSEN is not in any pools. |
| EMP1 | 5/8/2007 | 9:54:21AM | Action ARRMVLTRREQ: All letter requests removed |
| EMP1 | 5/8/2007 | 9:54:21AM | Action ARCANCEL: Account moved to CANCEL phase to cancel it. |
| EMP1 | 5/8/2007 | 9:54:22AM | ARRELSTATUSID changed from CEASE to INACTCANCEL |
| EMP1 | 5/8/2007 | 9:54:22AM | ARACCANCID changed from to CLIENTRQ |
| FMRG | 5/9/2007 | 8:57:35AM | Account canceled back to client in cancel run 249. |
| MNE1 | 2/20/2008 | 12:13:36PM | atty -client priviledge work product material confidential Case mgmnt report  wl scan - frwrd to clnt |