**AHMET HEPSEN**
**275 HERONS RUN DR. #707**
**SARASOTA, FL 34232**

Nov 16 2006

Ms. Rose Wagner
J.C. Christensen and Associates, Inc.
P. O. Box 519
Sauk Rapids, MN 66379

Dear Ms. Wagner:

I received your letter (copy attached) regarding collection of a debt from creditor Resurgent Capital Services, with a settlement offer of $1,071.87 for the balance due.

Facts:

1. I have never held an account with Resurgent Capital Services.
2. I have never dealt with J.C. Christensen and Associates, Inc. (JCC) for any business in the past.
3. JCC must provide any pertinent documents that will verify that I am responsible for this debt, i.e., a contract with my signature.
4. JCC must provide an itemized break down of the charges and any supporting documents that will verify these charges.
5. JCC must provide a copy of the request, contract or purchase order from another firm if JCC was referred to collect this debt.
6. I have not given permission to any companies listed on the second page of your letter to release any personal information. If Sherman Companies purchased any accounts that listed my information, then Sherman Companies must list the names of these accounts and/or creditors and their addresses. Hereby, Sherman Companies are not permitted to release any of my personal information.

If these aforementioned documents can not be produced by JCC, then JCC can be held liable for unfair debt collection practices which may result in a law suit. The Federal Fair Debt Collection Practices Act (FDCPA) and Florida Consumer Collection Practices Act (FCCPA) provide for statutory damages of up to $1,000 for violations of the laws in addition to actual damages.

Unless you can provide all aforementioned supporting documents within thirty days of receipt of this letter, I will forward the case to my attorney. If JCC chooses not to dispute or contest this matter, then JCC should verify their decision by mail within thirty days.

Sincerely,



Ahmet Hepsen

(A-2)

**EXHIBIT**

**5**