```
1              MR. CONDON:  Object to the form of
2  the question.
3              He's already testified.
4       Q    Well, without giving me the exact date of
5  when they received it, would it have been sometime
6  in November of 2006?
7              MR. CONDON:  Object to the form of
8  the question; asks for speculation.
9              Met, if you can answer, answer; if
10 not, not.
11      A    I -- I don't recall.
12      Q    Okay.  Then you were going to -- did you
13 ever hear back from them in thirty days after
14 receipt of the -- of your letter?
15      A    No.
16      Q    Did they ever call you again?
17      A    No.
18             MR. CONDON:  Object to the form of
19 the question.
20      Q    Well, did they ever call you after
21 November 16th, 2006?
```

```
 1      A    No.

 2      Q    Did they send you any more letters?

 3      A    Are you referring to JCC?

 4      Q    Yes.

 5      A    No.

 6      Q    Did you ever in any form hear back from
 7  JCC Christensen -- J.C. Christensen at all?

 8      A    No.

 9      Q    Okay.  Have you ever heard of Providian
10  Bank?

11      A    I may.

12      Q    Providian National Bank?

13      A    I may.

14      Q    Did you have a Visa card with Providian
15  Bank?

16      A    I may.

17      Q    Is that a yes or a no?

18      A    I don't recall right now.

19      Q    Did you ever have a, a credit card or, or
20  a charge go delinquent that, that you're aware of
21  that may be subject to this file?
```

1    A    Kennesaw, Georgia.

2    Q    Okay. Would you have credit card

3  statements in your possession -- charge card

4  slips -- in which -- from, from an account bearing

5  an account number?

6    A    I usually don't keep anything over five

7  years. So, therefore, I am not sure.

8    Q    Well, this is -- this would be prior to

9  2006, so we're well within that period.

10        Would you have credit card statements

11 from Providian Bank?

12   A    I don't think so.

13   Q    Well, what information, or what can you

14 tell me about, that you're in possession of, that

15 the amount that my client sought to collect was

16 incorrect?

17   A    I did not re -- recall Resurgent, JCC,

18 and account numbers, and I don't -- I didn't

19 remember owing any money at this amount to anyone.

20   Q    No, sir; my question was, is what

21 information do you have in your possession that,

```
 1   or through your knowledge, that the amount that my
 2   client sought to collect was incorrect?
 3              MR. CONDON:  Object to the form of
 4   the question; asked and answered.
 5              Met, if you can answer it, go ahead.
 6       A    I can't answer.
 7       Q    You don't have any information
 8   demonstrating that my -- what my client was
 9   collecting was incorrect?
10              MR. CONDON:  Object to the form of
11   the question.
12       Q    You can answer.
13       A    I don't have any recollection at this
14   time.
15       Q    Well, let's -- let's take a look at
16   Letter 1, maybe that will help.
17              Look at Exhibit 1, at the top.
18              As we sit here -- you've got it in front
19   of you, Mr. Hepsen?
20       A    Yes.
21       Q    Okay.  At the very top of the letter, it
```

```
 1  says Creditor, and then it has Creditor(s).

 2         Do you see that line?

 3   A   Yes.

 4   Q   And it says underneath it Resurgent

 5  Capital Services, correct?

 6   A   Yes.

 7   Q   Do you have any information that this --

 8  that my client did not receive this account from

 9  Resurgent Capital Services?

10         MR. CONDON:  Object to the form of

11  the question.

12         Answer if you can, Ahmet.

13   A   It says right here Resurgent Capital

14  Services, right?

15   Q   Right.

16   A   In the body.

17   Q   Do you have -- as you sit here, do you

18  have any information or through any investigation

19  that you've done that my client, J.C. Christensen,

20  did not receive an account bearing the creditor's

21  name Resurgent Capital Services claiming that you
```

```
 1   owed them money?

 2       A    I don't.

 3       Q    Okay.  Do you have any information that

 4   the -- that the number, the -- see where it says

 5   Regarding --

 6       A    Umh-humh.

 7       Q    -- and then it has an account number?

 8            Have you ever seen that account number

 9   before?

10            MR. CONDON:  I object to the form of

11   the question.

12            The only account number specified on

13   this document, Skip, is over on the right it says

14   Account Number.

15            MR. KOHLMYER:  Okay.  Well, let

16   me -- I'll clarify my question.

17            MR. CONDON:  Umh-humh.

18       Q    (By Mr. Kohlmyer) The number that starts

19   with 44 under the Regarding section -- do you see

20   that, Mr. Hepsen?

21       A    Yes.
```

```
 1     Q    Have you ever seen that number before?

 2          MR. CONDON:  Object to the form of

 3  the question; asked and answered.

 4          Answer if you can, Ahmet.

 5     A    I don't recall.

 6     Q    Okay.  Now, the section over there, it

 7  says Amount Owed, do you have any information at

 8  that -- as to why that dollar amount may be

 9  inaccurate?

10     A    No.

11     Q    Okay.  Let's turn to Exhibit 3.

12          Do you have that in front of you?

13     A    Yes.

14     Q    Can you tell me what that letter -- or

15  what that document is?

16     A    It is very difficult to read, but it

17  appears it's from Resurgent Capital Services.

18     Q    Okay.  So you actually received this from

19  a company called Resurgent Capital Services?

20          MR. CONDON:  Object to the form of

21  the question.
```