IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

AHMET HEPSEN,

      Plaintiff,

vs.                              CASE NO.: 8:07-cv-1935-T-EAJ

J.C. CHRISTENSEN AND
ASSOCIATES, INC.,

      Defendant.
_____/

### UNSWORN DECLARATION PURSUANT TO 28 U.S.C. § 1746 BY TIMOTHY CONDON ON BEHALF OF VOLLRATH-CONDON, P.A. IN SUPPORT OF MOTION FOR AWARD OF ATTORNEY FEES

DECLARANT TIMOTHY CONDON, ESQ., hereby personally appears on behalf of Vollrath-Condon, P.A. and states as follows:

1. I am the Secretary-Treasurer of Vollrath-Condon, P.A., have personal knowledge of the facts stated herein, and am authorized to make this unsworn declaration on behalf of Vollrath-Condon, P.A.

2. I have practiced law in the state of Florida since January 1982. I received a Bachelor of Science degree from the University of Florida in December 1973, a Juris Doctor degree from the University of Florida in August 1976, and Bachelor of Arts degree from the University of South Florida in December 1981. I was admitted to the Florida Bar in October 1976; I am admitted to practice before the United States Circuit Court of Appeals for the Eleventh Circuit, the United States District Court for the Middle District of Florida, and the Florida

EXHIBIT "A"

Supreme Court. I am experienced in litigation and have tried and assisted in trying cases before the Federal District Court for the Middle District of Florida, and in the Circuit and County Courts of the state of Florida; I have also argued appellate cases before the 11th Circuit Court of Appeals and the Second District Court of Appeals in Florida.

3. Frederick W. Vollrath has practiced law in the state of Florida since October 1973; he received a Bachelor of Science degree from the University of Florida in April 1967, and a Juris Doctor degree from the University of Florida in June 1973; he was admitted to the Florida Bar in October 1973; he is admitted to practice before the United States Supreme Court, the Circuit Court of Appeals for the Eleventh Circuit, the United States District Court for the Middle District of Florida, the United States Tax Court, and the Florida Supreme Court. He is experienced in litigation and has tried cases before the Federal District Court for the Middle District of Florida, and in the Circuit and County Courts of the state of Florida; he has also argued appellate cases before the 11th Circuit Court of Appeals, the Florida Supreme Court, and the Second District Court of Appeals in Florida.

4. Paul Hagglund has practiced law in the state of Florida since November 1976. He received a Bachelor of Science degree from the University of South Florida in June 1972, a Juris Doctor degree from the University of Miami in June 1976.

He was admitted to the Florida Bar in November 1976; he has in the past been admitted to practice before the United States District Court for the Middle District of Florida, and is admitted to practice before the Florida Supreme Court. He is experienced in litigation and has tried cases in the Circuit and County Courts of the state of Florida; he has also handled appeals in district appellate courts in the state of Florida.

5. The normal hourly rate for myself and Frederick W. Vollrath of Vollrath-Condon, P.A., as well as attorney Paul H. Hagglund who is of counsel, is $350.00; paralegal time is billed at $95.00 per hour.

6. True and accurate contemporaneously-recorded expenditures of time and costs in this action are reflected on the records attached hereto, which show a total of 155.6 hours for lawyers and support personnel, if any, and total costs in the amount of $2,141.10.

7. The above rate of $350.00 per hour is a reasonable market rate in this community for legal services in federal court litigation of this nature, for lawyers with similar backgrounds and experience. Accordingly, a reasonable amount of fees for work in this case, as a lodestar amount without variation or enhancement, is $53,618.50, together with costs in the amount of $2,141.10.

9. The lodestar amount above should be reduced by fees previously paid in the amount of $4,000.00 in the action;

thus, a reasonable lodestar amount of fees for work in this case as of the date below, without enhancement, is $49,618.50.

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Dated: 9-30-09     Signed: *[signature]*
                           Timothy Condon, Esq.

**Fees & Expenses by Matter & Timekeeper with Codes**                              Page 1
Period: 01/01/1990-09/30/2009                                                    09/30/09

| Date / Status | Timekeeper | Transaction Type / Description | Amount |
|---|---|---|---|
| Matter 304-4 | | Ahmet H. Hepsen<br>Resurgent Capital Services, LP; J.C. Christensen, etc. | |
| 07/08/07<br>Unbilled | TC | Fee: 0.50 hours @ $350.00/hour<br>Review file and documents; forward to assistant for scanning; notes to file. | 175.00 |
| 07/10/07<br>Unbilled | TC | Fee: 0.70 hours @ $350.00/hour<br>Review file and documents; prepare and send email to attorney Hagglund; notes to file. | 245.00 |
| 07/20/07<br>Unbilled | PH | Fee: 3.00 hours @ $350.00/hour<br>Review file materials, research violations, begin drafting Complaint | 1,050.00 |
| 07/23/07<br>Unbilled | PH | Fee: 1.70 hours @ $350.00/hour<br>Review case materials to determine defendants. Corporate research to locate defendants and determine status | 595.00 |
| 07/30/07<br>Unbilled | PH | Fee: 1.80 hours @ $350.00/hour<br>Complete Complaint, prepare first interrogatories for 3 defendants | 630.00 |
| 08/25/07<br>Unbilled | TC | Fee: 0.25 hours @ $350.00/hour<br>Receive discovery documents prepared by Hagglund; forward to assistant to save and print out for review; notes to file. | 87.50 |
| 10/23/07<br>Unbilled | TC | Fee: 1.00 hours @ $350.00/hour<br>Review and do revisions to complaint. | 350.00 |
| 10/23/07<br>Unbilled | TC | Fee: 1.00 hours @ $350.00/hour<br>Prepare summonses, federal court civil cover sheet, disk for filing; telephone conference with S&W Detectives; notes to file. | 350.00 |
| 10/24/07<br>Unbilled | TC | Expense<br>Filing fee | 350.00 |
| 11/01/07<br>Unbilled | TC | Fee: 0.25 hours @ $350.00/hour<br>Receive and review electronic notice or order promulgated by email. | 87.50 |
| 11/05/07<br>Unbilled | TC | Expense<br>Charge(s) for service of process or | 45.00 |

**Fees & Expenses by Matter & Timekeeper with Codes**  Page 2
Period: 01/01/1990-09/30/2009                            09/30/09

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| | | attempted service of process. Served Resurgent Capital Services. | |
| 11/06/07<br>Unbilled | TC | Expense<br>Charge(s) for service of process or attempted service of process. Served LVNV Funding. Corporate R/A - Delaware | 100.00 |
| 11/12/07<br>Unbilled | TC | Fee: 0.30 hours @ $350.00/hour<br>Receive and review email; prepare and send email to assistant regarding deadlines for responsive pleadings; notes to file. | 105.00 |
| 11/15/07<br>Unbilled | TC | Expense<br>Charge(s) for service of process or attempted service of process. Served JC Christensen & Assocs. | 45.00 |
| 11/15/07<br>Unbilled | TC | Fee: 0.30 hours @ $350.00/hour<br>Receive and review message from attorney Bahner; attempt to call Bahner, leave message; notes to file. | 105.00 |
| 11/19/07<br>Unbilled | TC | Fee: 0.40 hours @ $350.00/hour<br>Telephone conference with attorney Mike Bahner regarding possible settlement; notes to file. | 140.00 |
| 11/20/07<br>Unbilled | TC | Fee: 1.50 hours @ $350.00/hour<br>Figure payoff on damages, fees, costs; prepare and send settlement offer to opposing counsel regarding all defendants; notes to file; email to client. | 525.00 |
| 11/20/07<br>Unbilled | TC | Fee: 0.50 hours @ $350.00/hour<br>Telephone conference with attorney Wendy Badger; notes to file; prepare and send copy of global settlement letter; notes to file. | 175.00 |
| 11/26/07<br>Unbilled | TC | Fee: 0.25 hours @ $350.00/hour<br>Receive and review electronic notice or order promulgated by email. | 87.50 |
| 11/28/07<br>Unbilled | TC | Fee: 0.50 hours @ $350.00/hour<br>Receive and review message from attorney Bahner; telephone conference with Bahner; notes to file; figure payoff; print out and | 175.00 |

| Fees & Expenses by Matter & Timekeeper with Codes | Page 3 |
|---|---|
| Period: 01/01/1990-09/30/2009 | 09/30/09 |

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| | | review results. | |
| 11/28/07<br>Unbilled | TC | Fee: 0.80 hours @ $350.00/hour<br>Telephone conference with attorney Bahner regarding settlement; receive and review court notices from attorney Victor Veschio; prepare and send email and W-9 form to Bahner; notes to file. | 280.00 |
| 11/28/07<br>Unbilled | TC | Fee: 0.30 hours @ $350.00/hour<br>Receive and review notice of appearance; forward to attorney Bahner with email. | 105.00 |
| 11/29/07<br>Unbilled | TC | Fee: 0.25 hours @ $350.00/hour<br>Receive and review electronic notice or order promulgated by email. | 87.50 |
| 11/29/07<br>Unbilled | TC | Fee: 0.25 hours @ $350.00/hour<br>Receive and review return on process for service or attempted service of process in case; note to file. | 87.50 |
| 11/30/07<br>Unbilled | TC | Fee: 0.25 hours @ $350.00/hour<br>Receive and review motion and notice of appearance by attorney Veschio; notes to file. | 87.50 |
| 11/30/07<br>Unbilled | TC | Fee: 0.25 hours @ $350.00/hour<br>Receive and review message from attorney Badger; attempt to call attorney, leave message; notes to file. | 87.50 |
| 11/30/07<br>Unbilled | TC | Fee: 0.25 hours @ $350.00/hour<br>Telephone conference with attorney Badger; notes to file. | 87.50 |
| 12/01/07<br>Unbilled | TC | Fee: 1.50 hours @ $350.00/hour<br>Prepare and revise settlement offer correspondence and release agreement for attorney Badger. | 525.00 |
| 12/02/07<br>Unbilled | TC | Fee: 0.80 hours @ $350.00/hour<br>Review and revise settlement offer letter to attorney Badger; notes to file. | 280.00 |
| 12/02/07<br>Unbilled | TC | Fee: 0.70 hours @ $350.00/hour<br>Receive and review email from attorney | 245.00 |

**Fees & Expenses by Matter & Timekeeper with Codes**  Page 4
Period: 01/01/1990-09/30/2009                            09/30/09

| Date / Status | Timekeeper | Transaction Type / Description | Amount |
|---|---|---|---|
| | | Bahner; review and revise settlement agreement with Resurgent and LVNV; prepare and send responsive email to Bahner; notes to file. | |
| 12/02/07 Unbilled | TC | Fee: 0.25 hours @ $350.00/hour Receive and review electronic notice or order promulgated by email. | 87.50 |
| 12/03/07 Unbilled | TC | Fee: 0.50 hours @ $350.00/hour Receive and review email from attorney Bahner; review release; prepare and send email to client; notes to file. | 175.00 |
| 12/09/07 Unbilled | TC | Fee: 1.20 hours @ $350.00/hour Receive and review correspondence from attorney Badger; review cases cited. | 420.00 |
| 12/12/07 Unbilled | TC | Fee: 0.50 hours @ $350.00/hour Receive and review settlement check from Resurgent/LVNV with correspondence; notes to file; prepare and deposit funds in trust account. | 175.00 |
| 12/12/07 Unbilled | TC | Fee: 0.25 hours @ $350.00/hour Receive and review electronic notice or order promulgated by email. | 87.50 |
| 12/12/07 Unbilled | TC | Fee: 0.25 hours @ $350.00/hour Receive and review electronic notice or order promulgated by email. | 87.50 |
| 12/12/07 Unbilled | TC | Fee: 2.50 hours @ $350.00/hour Review complaint, exhibits; legal research regarding strict liability under FDCPA. | 875.00 |
| 12/17/07 Unbilled | TC | Fee: 0.60 hours @ $350.00/hour Receive and review partial settlement amount; prepare and send check to client with correspondence; notes to file. | 210.00 |
| 02/01/08 Unbilled | TC | Fee: 1.60 hours @ $350.00/hour Review requests for production, requests for admissions, interrogatories; conference with assistant; finalize and send to opposing counsel; notes to file. | 560.00 |

**Fees & Expenses by Matter & Timekeeper with Codes**                              Page 5
Period: 01/01/1990-09/30/2009                                                     09/30/09

| Date / Status | Timekeeper | Transaction Type / Description | Amount |
|---|---|---|---|
| 02/01/08 Unbilled | TC | Fee: 0.25 hours @ $350.00/hour<br>Receive and review email from opposing counsel; file case management report online; notes to file. | 87.50 |
| 02/01/08 Unbilled | KB | Fee: 2.00 hours @ $95.00/hour<br>Revise and finalize discovery (Interrogatories, Requests for production, Requests for admissions) | 190.00 |
| 02/04/08 Unbilled | TC | Fee: 0.25 hours @ $350.00/hour<br>Receive and review electronic notice or order promulgated by email; note to file regarding Case Management and Scheduling Order. | 87.50 |
| 02/08/08 Unbilled | TC | Fee: 0.25 hours @ $350.00/hour<br>Receive and review email from assistant; prepare and send responsive email. | 87.50 |
| 02/13/08 Unbilled | KB | Fee: 0.30 hours @ $95.00/hour<br>Complete settlement worksheet and prepare draft of settlement letter to opposing counsel | 28.50 |
| 03/25/08 Unbilled | TC | Fee: 0.25 hours @ $350.00/hour<br>Receive and review electronic notice or order promulgated by email regarding mediation scheduled. | 87.50 |
| 03/25/08 Unbilled | TC | Fee: 0.25 hours @ $350.00/hour<br>Receive and review email regarding mediation; prepare and send responsive email. | 87.50 |
| 03/30/08 Unbilled | TC | Fee: 0.25 hours @ $350.00/hour<br>Receive and review electronic notice or order promulgated by email regarding mediation. | 87.50 |
| 04/04/08 Unbilled | TC | Fee: 0.40 hours @ $350.00/hour<br>Receive and review email from attorney Kohlmyer regarding mediation; prepare and send responsive email; notes to file. | 140.00 |
| 04/04/08 Unbilled | TC | Fee: 0.25 hours @ $350.00/hour<br>Receive and review email from opposing | 87.50 |

**Fees & Expenses by Matter & Timekeeper with Codes**                          Page 6
Period: 01/01/1990-09/30/2009                                                09/30/09

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| | | counsel; prepare and send responsive email; notes to file. | |
| 04/29/08<br>Unbilled | TC | Fee: 0.25 hours @ $350.00/hour<br>Receive and review message from assistant; telephone conference with assistant regarding contacting opposing counsel; notes to file. | 87.50 |
| 05/10/08<br>Unbilled | TC | Fee: 0.25 hours @ $350.00/hour<br>Receive and review email from client; prepare and send responsive email; notes to file. | 87.50 |
| 05/20/08<br>Unbilled | TC | Fee: 0.30 hours @ $350.00/hour<br>Telephone conference with attorney Kohlmyer regarding appearance by telephone of clients, motion to allow at mediation; notes to file. | 105.00 |
| 05/21/08<br>Unbilled | TC | Fee: 0.30 hours @ $350.00/hour<br>Receive and review email from opposing counsel; prepare and send responsive email; notes to file. | 105.00 |
| 05/22/08<br>Unbilled | TC | Fee: 0.25 hours @ $350.00/hour<br>Receive and review electronic notice or order promulgated by email regarding joint motion to appear telephonically at mediation. | 87.50 |
| 05/22/08<br>Unbilled | TC | Fee: 0.50 hours @ $350.00/hour<br>Receive and review order granting joint motion to appear at mediation by telephone; telephone conference with assistant regarding mediation, deposition; notes to file. | 175.00 |
| 05/22/08<br>Unbilled | TC | Fee: 0.25 hours @ $350.00/hour<br>Receive and review electronic notice or order promulgated by email regarding mediation appearance by telephones. | 87.50 |
| 05/27/08<br>Unbilled | TC | Fee: 0.30 hours @ $350.00/hour<br>Telephone conference with client regarding mediation. | 105.00 |

**Fees & Expenses by Matter & Timekeeper with Codes**  Page 7
Period: 01/01/1990-09/30/2009                          09/30/09

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| 05/27/08<br>Unbilled | TC | Fee: 1.00 hours @ $350.00/hour<br>Prepare and send mediation summary for mediator. | 350.00 |
| 05/28/08<br>Unbilled | TC | Fee: 3.20 hours @ $350.00/hour<br>Office conference with attorney Vollrath regarding mediation; figure payoff, costs; prepare for and attend mediation. | 1,120.00 |
| 05/28/08<br>Unbilled | FV | Expense<br>Charge for mediation with Jim Betts | 435.00 |
| 05/29/08<br>Unbilled | TC | Fee: 0.30 hours @ $350.00/hour<br>Telephone conference with client; notes to file. | 105.00 |
| 05/29/08<br>Unbilled | FV | Fee: 1.00 hours @ $350.00/hour<br>Legal research regarding false amount demanded in collection letter. | 350.00 |
| 06/02/08<br>Unbilled | TC | Fee: 0.25 hours @ $350.00/hour<br>Receive and review electronic notice or order promulgated by email regarding mediation impasse. | 87.50 |
| 06/09/08<br>Unbilled | TC | Expense<br>Benchmark Reporting Charge for conference room for JCC depo | 50.00 |
| 06/19/08<br>Unbilled | TC | Fee: 5.50 hours @ $350.00/hour<br>Telephone conference with client in preparation for deposition; review file regarding deposition of JCC representative; prepare for and attend depositions; notes to file. | 1,925.00 |
| 06/22/08<br>Unbilled | TC | Fee: 0.70 hours @ $350.00/hour<br>Review and revise requests for production directed to J.C. Christensen; prepare and send email to attorney Kohlmyer with requests for production; notes to file. | 245.00 |
| 06/26/08<br>Unbilled | TC | Fee: 3.00 hours @ $350.00/hour<br>Receive and review faxed correspondence and Rule 11 threat from opposing counsel; office conference with attorney Vollrath; legal research regarding issues brought up in | 1,050.00 |

**Fees & Expenses by Matter & Timekeeper with Codes**  Page 8
Period: 01/01/1990-09/30/2009                           09/30/09

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| | | threat by opposing counsel. | |
| 06/27/08<br>Unbilled | TC | Fee: 0.50 hours @ $350.00/hour<br>Begin drafting letter in response to threat by opposing counsel to file Rule 11 motion. | 175.00 |
| 06/30/08<br>Unbilled | TC | Fee: 0.80 hours @ $350.00/hour<br>Complete preparation of letter in response to demand to dismiss action with prejudice by J.C. Christensen, and threat to file Rule 11 motion; send to opposing counsel; notes to file. | 280.00 |
| 07/07/08<br>Unbilled | TC | Expense<br>Charge for mediation | 435.00 |
| 08/13/08<br>Unbilled | TC | Fee: 0.30 hours @ $350.00/hour<br>Receive and review email from client; telephone conference with client; notes to file. | 105.00 |
| 10/11/08<br>Unbilled | TC | Fee: 5.50 hours @ $350.00/hour<br>Legal research regarding motion for summary judgment; begin drafting motion for summary judgment. | 1,925.00 |
| 10/12/08<br>Unbilled | TC | Fee: 3.80 hours @ $350.00/hour<br>Continue legal research and drafting of motion for summary judgment. | 1,330.00 |
| 10/13/08<br>Unbilled | TC | Fee: 2.00 hours @ $350.00/hour<br>Review and revise draft of motion for Summary Judgment | 700.00 |
| 10/13/08<br>Unbilled | TC | Fee: 2.20 hours @ $350.00/hour<br>Finalize and file motion for summary judgment with court. | 770.00 |
| 10/16/08<br>Unbilled | TC | Fee: 0.25 hours @ $350.00/hour<br>Receive and review unsworn declaration by Hepsen. | 87.50 |
| 10/18/08<br>Unbilled | TC | Fee: 3.20 hours @ $350.00/hour<br>Receive and review motion for summary judgment filed by defendant J.C. Christensen; legal research regarding arguments; begin drafting memorandum in | 1,120.00 |

| | | | Page 9 |
|---|---|---|---|
| **Fees & Expenses by Matter & Timekeeper with Codes** | | | |
| Period: 01/01/1990-09/30/2009 | | | 09/30/09 |

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| | | opposition. | |
| 10/20/08<br>Unbilled | TC | Fee: 4.00 hours @ $350.00/hour<br>Continue legal research and drafting of memorandum in opposition to motion for summary judgment filed by defendant; complete memorandum; notes to file. | 1,400.00 |
| 10/27/08<br>Unbilled | TC | Fee: 0.50 hours @ $350.00/hour<br>Receive and review late-filed memorandum by defendant party in opposition to motion for summary judgment filed by Hepsen; notes to file. | 175.00 |
| 10/28/08<br>Unbilled | TC | Fee: 2.30 hours @ $350.00/hour<br>Receive and review email from opposing counsel; prepare and send responsive email; prepare motion to amend by interlineation; emails to and from opposing counsel; file online; notes to file. | 805.00 |
| 11/06/08<br>Unbilled | TC | Expense<br>Court reporting charges. | 291.10 |
| 11/27/08<br>Unbilled | TC | Fee: 0.30 hours @ $350.00/hour<br>Review case management and scheduling order; prepare and send email to client and co-counsel; notes to file. | 105.00 |
| 12/27/08<br>Unbilled | TC | Fee: 0.50 hours @ $350.00/hour<br>Review file regarding upcoming trial; prepare and send email to opposing counsel; notes to file. | 175.00 |
| 01/07/09<br>Unbilled | TC | Fee: 0.25 hours @ $350.00/hour<br>Receive and review email from opposing counsel; prepare and send responsive email; notes to file. | 87.50 |
| 01/20/09<br>Unbilled | TC | Fee: 0.80 hours @ $350.00/hour<br>Receive and review proposed stipulation to consent to magistrate jurisdiction; telephone conference with client; notes to file; prepare and send responsive email; receive and review consent to magistrate jurisdiction form signed by opposing counsel; sign, scan, and email to opposing | 280.00 |

**Fees & Expenses by Matter & Timekeeper with Codes**  Page 10
Period: 01/01/1990-09/30/2009  09/30/09

| Date Status | Timekeeper | Transaction Type Description | Amount |
|---|---|---|---|
| | | counsel; receive and review email from opposing counsel; prepare and send responsive email; notes to file. | |
| 01/22/09 Unbilled | TC | Fee: 0.25 hours @ $350.00/hour Receive and review electronic notices and order promulgated by email regarding magistrate jurisdiction and non-jury trial. | 87.50 |
| 02/24/09 Unbilled | TC | Fee: 2.20 hours @ $350.00/hour Receive and review joint pre-trial statement; make revisions; conference with attorney Vollrath; prepare and send email to opposing counsel; notes to file. | 770.00 |
| 02/25/09 Unbilled | TC | Fee: 2.50 hours @ $350.00/hour Preparation of various attachments to joint pre-trial conference statement; multiple emails with Kohlmyer and client; legal research regarding issues to deal with; notes to file. | 875.00 |
| 02/26/09 Unbilled | TC | Fee: 0.60 hours @ $350.00/hour Telephone conference with judicial assistant regarding joint pre-trial statement; attempt to call opposing counsel; telephone conference with attorney Molly Young; notes to file. | 210.00 |
| 03/02/09 Unbilled | TC | Fee: 1.00 hours @ $350.00/hour Prepare for and attend case status conference with opposing counsel and judge; notes to file; email to client; notes to file. | 350.00 |
| 03/03/09 Unbilled | TC | Fee: 0.25 hours @ $350.00/hour Receive and review court order referring matter to mediation; note to paralegal; notes to file. | 87.50 |
| 03/04/09 Unbilled | PL | Fee: 1.00 hours @ $95.00/hour KLB began process of scheduling mediation on 3-4-09-finishing process on 3-10-09; prepared and filed Notice of Court-Ordered Mediaton. | 95.00 |

**Fees & Expenses by Matter & Timekeeper with Codes**  Page 11
Period: 01/01/1990-09/30/2009                           09/30/09

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| 03/12/09<br>Unbilled | TC | Fee: 0.25 hours @ $350.00/hour<br>Receive and review faxed copy of correspondence from mediator James Betts. | 87.50 |
| 03/16/09<br>Unbilled | TC | Fee: 0.30 hours @ $350.00/hour<br>Telephone conference with client regarding mediation. | 105.00 |
| 03/19/09<br>Unbilled | TC | Fee: 0.25 hours @ $350.00/hour<br>Telephone conference with client regarding mediation. | 87.50 |
| 03/19/09<br>Unbilled | TC | Fee: 5.00 hours @ $350.00/hour<br>Review file and review legal issues and authorities in preparation for court-ordered mediation; figure fees, costs, settlement demand; conference with client. | 1,750.00 |
| 03/20/09<br>Unbilled | TC | Fee: 4.00 hours @ $350.00/hour<br>Office conference with client preparatory to attending mediation; attend mediation; notes to file. | 1,400.00 |
| 03/29/09<br>Unbilled | TC | Expense<br>Charge for mediation | 390.00 |
| 04/06/09<br>Unbilled | TC | Fee: 0.50 hours @ $350.00/hour<br>Receive and review email and document from client; prepare and send responsive email to client; notes to file. | 175.00 |
| 04/06/09<br>Unbilled | TC | Fee: 0.30 hours @ $350.00/hour<br>Receive and review email from client; prepare and send responsive email; notes to file. | 105.00 |
| 04/08/09<br>Unbilled | TC | Fee: 0.25 hours @ $350.00/hour<br>Telephone conference with attorney Kohlmeyer; notes to file. | 87.50 |
| 04/14/09<br>Unbilled | TC | Fee: 2.50 hours @ $350.00/hour<br>Prepare for and attend pre-trial conference in federal court; conference with attorney Kohlmeyer; email to client; notes to file to reschedule trial. | 875.00 |

**Fees & Expenses by Matter & Timekeeper with Codes**                Page 12
Period: 01/01/1990-09/30/2009                                         09/30/09

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| 04/14/09<br>Unbilled | TC | Fee: 0.25 hours @ $350.00/hour<br>Receive and review electronic notice or order promulgated by email regarding minutes of hearing. | 87.50 |
| 05/17/09<br>Unbilled | TC | Fee: 0.30 hours @ $350.00/hour<br>Review trial scheduling order; prepare and send email to client; notes to file. | 105.00 |
| 05/28/09<br>Unbilled | TC | Fee: 4.80 hours @ $350.00/hour<br>Review file and trial preparation materials; telephone conference with client; notes to file; legal research regarding and begin drafting trial memorandum. | 1,680.00 |
| 05/29/09<br>Unbilled | TC | Fee: 4.00 hours @ $350.00/hour<br>Further legal research regarding; finalize draft of trial brief; review and revise draft of trial brief; finalize and file trial brief online with court; notes to file. | 1,400.00 |
| 06/04/09<br>Unbilled | TC | Fee: 5.00 hours @ $350.00/hour<br>Preparing for trial; legal research and first draft of proposed written findings of fact and conclusions of law. | 1,750.00 |
| 06/05/09<br>Unbilled | TC | Fee: 0.60 hours @ $350.00/hour<br>Telephone conference with opposing counsel regarding motion to continue trial for medical reasons; receive and review faxed correspondence from opposing counsel; telephone conference with opposing counsel assistant; notes to file. | 210.00 |
| 07/06/09<br>Unbilled | TC | Fee: 0.40 hours @ $350.00/hour<br>Receive and review message from client; telephone conference with client; notes to file. | 140.00 |
| 07/08/09<br>Unbilled | TC | Fee: 2.80 hours @ $350.00/hour<br>Review and revise and complete trial brief; file with court; notes to file. | 980.00 |
| 07/20/09<br>Unbilled | TC | Fee: 3.80 hours @ $350.00/hour<br>Review file and documents for client meeting; meet with client regarding upcoming | 1,330.00 |

**Fees & Expenses by Matter & Timekeeper with Codes**  Page 13
Period: 01/01/1990-09/30/2009                                         09/30/09

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| | | trial. | |
| 07/21/09<br>Unbilled | TC | Fee: 3.50 hours @ $350.00/hour<br>Begin preparing rough draft of findings of fact and conclusions of law for trial court. | 1,225.00 |
| 07/22/09<br>Unbilled | TC | Fee: 4.80 hours @ $350.00/hour<br>Continue preparing for trial; office conference with client regarding trial. | 1,680.00 |
| 07/22/09<br>Unbilled | TC | Fee: 4.00 hours @ $350.00/hour<br>Legal research; preparing or trial, including direct examination, cross-examination, opening statement, closing statement, etc. | 1,400.00 |
| 07/23/09<br>Unbilled | TC | Fee: 7.00 hours @ $350.00/hour<br>Meet with client; attend and present case at trial; conference with client. | 2,450.00 |
| 07/26/09<br>Unbilled | TC | Fee: 1.10 hours @ $350.00/hour<br>Review trial notes; append notes regarding revising final agument in action. | 385.00 |
| 08/12/09<br>Unbilled | TC | Fee: 1.50 hours @ $350.00/hour<br>Review file and trial documents; begin revising final argument. | 525.00 |
| 08/13/09<br>Unbilled | TC | Fee: 3.80 hours @ $350.00/hour<br>Prepare for and attend trial to give final argument; notes to file. | 1,330.00 |
| 08/13/09<br>Unbilled | TC | Fee: 0.25 hours @ $350.00/hour<br>Receive and review electronic notice or order promulgated by email regarding proceedings in court. | 87.50 |
| 09/22/09<br>Unbilled | TC | Fee: 0.60 hours @ $350.00/hour<br>Receive and review Final Order after trial in action; notes to file. | 210.00 |
| 09/23/09<br>Unbilled | TC | Fee: 0.25 hours @ $350.00/hour<br>Receive and review judgment entered in case; notes to file. | 87.50 |
| 09/28/09<br>Unbilled | TC | Fee: 0.30 hours @ $350.00/hour<br>Receive and review email from client; | 105.00 |

**Fees & Expenses by Matter & Timekeeper with Codes**  Page 14
Period: 01/01/1990-09/30/2009                        09/30/09

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| | | prepare and send responsive email; receive and review email back; notes to file. | |
| 09/28/09<br>Unbilled | TC | Fee: 1.00 hours @ $350.00/hour<br>Review case documents and time and billing records preparatory to drafting motion and affidavits in support of attorneys' fees. | 350.00 |
| 09/29/09<br>Unbilled | TC | Fee: 3.70 hours @ $350.00/hour<br>Begin drafting motion for award of attorney fees in action; legal research regarding fees awards in 11th Circuit. | 1,295.00 |
| 09/29/09<br>Unbilled | TC | Fee: 0.25 hours @ $350.00/hour<br>Receive and review email from opposing counsel; prepare and send responsive email; notes to file. | 87.50 |
| 09/30/09<br>Unbilled | TC | Fee: 4.50 hours @ $350.00/hour<br>Complete drafting of motion for award of fees; prepare affidavit in support of award of fees; telephone conference with attorney Kerry Brown; office conference and review of file with attorney Brown; prepare affidavit as to time and billing records. | 1,575.00 |

| | | | | |
|---|---|---|---|---|
| Matter 304-4<br>126 transactions | Hours: | 155.60 | Fees:<br>Expenses: | 53,618.50<br>2,141.10 |
| 126 transactions<br>1 matter | Hours: | 155.60 | Fees:<br>Expenses: | 53,618.50<br>2,141.10 |