IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

AHMET HEPSEN,

    Plaintiff,

vs.                        CASE NO.: 8:07-cv-1935-T-26EAJ

J.C. CHRISTENSEN AND
ASSOCIATES, INC.,

    Defendant.
_____/

## UNSWORN DECLARATION PURSUANT TO 28 U.S.C. § 1746 IN SUPPORT OF MOTION FOR ATTORNEY FEES

DECLARANT Kerry Brown, Esq., hereby appears and states as follows:

1. He is a practicing attorney in the Tampa Bay area, including Hillsborough, Pinellas, and adjacent counties in Florida; he has practiced in the Tampa Bay area there for 28 years and is familiar with the amounts customarily charged by attorneys and awarded by courts in the surrounding community for attorney's fees in cases such as the above matter.

2. He has met with attorney Timothy Condon and been advised as to the nature and extent of the services rendered in this action; he has also reviewed the case file and the associated time and billing records.

3. In arriving at his opinion as to a reasonable fee and hourly rate in this case, he has considered the guidelines found in Johnson v. Georgia Highway Exp., Inc., 488 F.2d 714 (5th Cir. 1974), including the time and labor required; the novelty and

EXHIBIT "B"

difficulty of the questions; the skill requisite to perform the legal service properly; the preclusion of other employment by the attorneys due to acceptance of the case; the customary fee for similar work in the community; whether the fee is fixed or contingent; the time limitations imposed by the client or the circumstances; the amount involved and the results obtained; the experience, reputation, and ability of the attorneys; the "undesirability" of the case; and the nature and length of the professional relationship with the client.

4. He is familiar with the knowledge, reputation, experience and expertise of attorneys Frederick W. Vollrath, Timothy Condon, and Paul H. Hagglund in the community, and is aware that each of them has actively practiced law in Florida in excess of 25 years. Accordingly, in his opinion an attorneys' fee rate of $350.00 per hour is reasonable for each of the above attorneys for work performed in this action.

5. After reviewing the case file and the time and billing records for time expended in the above action, in his opinion the hours reflected are reasonable for the legal services performed.

6. In his opinion the sum of $53,618.50 would be a reasonable attorney's fee to be awarded the attorneys and support personnel for services rendered in the above-captioned case, without considering adjustments to the lodestar amount or any multiplier enhancement to fees.

Under penalties of perjury I declare that I have read the

foregoing document and that the facts stated in it are true.

Date: *Sept 30, 2009*   _____
                        Kerry Brown, Esq.