IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

AHMET HEPSEN,

    Plaintiff,

vs.                    CASE NO.: 8:07-cv-1935-T-EAJ

J.C. CHRISTENSEN AND
ASSOCIATES, INC.,

    Defendant.
_____/

## SUPPLEMENTAL UNSWORN DECLARATION OF ATTORNEY'S TIME SPENT

STATE OF FLORIDA    }
COUNTY OF HILLSBOROUGH  }

    ATTORNEY TIMOTHY CONDON, ESQUIRE, hereby personally appears and states in the first person as follows:

    1. I am a practicing attorney with my main office in Tampa, Florida, and have continuously been a member of the Florida Bar in good standing since 1976. I have continuously practiced law in the Tampa Bay area since January 4, 1982.

    2. I represent the plaintiff in the above action and have expended time in it as reflected by the time records attached.

    3. I am retained on an hourly fee basis at the rate of $350 per hour, and have expended an additional 9.5 hours in this matter since an original motion for fees was filed herein; thus additional fees chargeable to my client in the above action are $3,325.00.

    4. My client and I have agreed that I will accept as payment in full whatever fees and costs are awarded as reasonable by the Court.

    I declare pursuant to 28 U.S.C. § 1746 under penalty of

**EXHIBIT "A"**
Page 1 of 2

perjury that the foregoing is true and correct. Executed on:

10-8-09
DATE

BY: Timothy Condon, Esq.

**Fees & Expenses by Matter & Timekeeper with Codes**  
Period: 10/06/2009-10/08/2009

Page 1  
10/08/09

| Date / Status | Timekeeper | Transaction Type / Description | Amount |
|---|---|---|---|
| | | | |

Matter 304-4 — Ahmet H. Hepsen  
Resurgent Capital Services, LP; J.C. Christensen, etc.

| Date / Status | Timekeeper | Description | Amount |
|---|---|---|---|
| 10/07/09 Unbilled | TC | Fee: 2.80 hours @ $350.00/hour. Review defendant's Motion for Reconsideration; review file and trial notes; review court's Final Order; legal research regarding issues presented; begin drafting memorandum in opposition to motion for reconsideration. | 980.00 |
| 10/08/09 Unbilled | TC | Fee: 3.20 hours @ $350.00/hour. Continue drafting memorandum in opposition to defendant's motion for reconsideration; continued legal research regarding issues; complete, review and revise memorandum; prepare and file online; notes to file. | 1,120.00 |
| 10/08/09 Unbilled | TC | Fee: 3.00 hours @ $350.00/hour. Prepare draft of motion for supplemental award of attorney's fees; prepare report of time expended; prepare affidavit of time expended; prepare affidavit in support of reasonableness of time expended. | 1,050.00 |
| 10/08/09 Unbilled | TC | Fee: 0.50 hours @ $350.00/hour. Anticipated time to conference with attorney regarding unsworn declaration in support of resonableness of fees, and execution of unsworn declaration. | 175.00 |

| | | | | |
|---|---|---|---|---|
| Matter 304-4 4 transactions | | Hours: 9.50 | Fees: Expenses: | 3,325.00 0.00 |
| 4 transactions 1 matter | | Hours: 9.50 | Fees: Expenses: | 3,325.00 0.00 |