IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

AHMET HEPSEN,

    Plaintiff,

vs.    CASE NO.: 8:07-cv-1935-T-EAJ

J.C. CHRISTENSEN AND
ASSOCIATES, INC.,

    Defendant.
_____/

## UNSWORN DECLARATION OF REASONABLENESS OF ATTORNEY'S FEES

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

THE UNDERSIGNED AFFIANT hereby personally appears and states in the first person as follows:

1. I am an attorney practicing in the State of Florida, and have been a member in good standing of the Florida Bar since 1978. I have practiced law continuously in the Tampa Bay area since 1981, and during that time I have represented and counseled clients in matters with issues similar to that which are before the Court in this action; I am also familiar with attorneys' fees customarily charged by attorneys in Hillsborough County, Florida in cases of this nature.

2. I have reviewed the Motion for Supplemental Award of Attorney's Fees, the unsworn declaration in support thereof, the supplemental time records, and the documents prepared with respect to the motion for supplemental award of fees. I have also reviewed the original motion and memorandum in support of

Page 1 of 3
**EXHIBIT "B"**

award of attorney's fees, and considered the factors included in Johnson v. Georgia Highway Exp., Inc., 488 F.2d 714 (5th Cir. 1974), including (1) the time and labor required; (2) the novelty and difficulty of the questions; (3) the skill requisite to perform the legal service properly; (4) the preclusion of other employment by the attorneys due to acceptance of the case; (5) the customary fee for similar legal work in the community; (6) whether the fee is fixed or contingent; (7) the time limitations imposed by the client or the circumstances; (8) the amount involved and the results obtained; (9) the experience, reputation, and ability of the attorneys; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; (12) and awards in similar cases, all with respect to the overall case.

3. From my review of the above documents and records, I have found that 9.5 hours have been reasonably spent on the matters dealt with in the motion for supplemental award of fees.

4. Based on all of the above considerations, it is my opinion that a reasonable rate for the services rendered in the supplemental time spent in this matter is $350.00 per hour, and based upon the above number of hours reflected in the time and billing records I have been provided, it is my opinion that a reasonable supplemental award of attorney's

fees for services rendered by attorney Timothy Condon in the matters covered by the motion for supplemental award of fees in this cause is $3,325.00 without reference to any fee enhancement multiplier.

I declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the foregoing is true and correct. Executed on:

10-9-09
DATE

BY: Kerry H. Brown, Esq.