## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**AHMET HEPSEN,**

    Plaintiff,

vs.                                **Case No.  8:07-CV-1935-T-EAJ**

**J.C. CHRISTENSEN AND ASSOCIATES,
INC., et al.,**

    Defendants.
_____/

### ORDER REFERRING CASE TO MEDIATION

On September 23, 2009, the clerk entered judgment in favor of Plaintiff (Dkt. 69). Plaintiff filed a **Motion for Attorney's Fees and Costs** (Dkt. 70), a **Supplemental Motion for Attorney's Fees and Costs** (Dkt. 73), and a **Motion to Strike or for Leave to File Reply to Defendant's Opposition to Plaintiff's Motion for Attorney's Fees and Costs** (Dkt. 75). Defendant filed a **Response in Opposition to Plaintiff's Motion for Attorney's Fees and Costs** (Dkt. 74). In accordance with the rules governing mediation set forth in Chapter Nine of the Local Rules of the United States District Court for the Middle District of Florida,

    **IT IS ORDERED that:**

    **(a) Referral to Mediation:** The attorney's fees dispute shall be referred to a mediation conference in an attempt to achieve an equitable settlement of the issues raised in the motions (Dkts. 70 and 73). The parties shall select a mediator from the CERTIFIED MEDIATORS ROSTER for the Middle District of Florida and notify the court of their selection in writing within **fifteen (15)** days of the date of this order. If the parties fail to select a mediator and notify the court of their

selection within the fifteen (15) day period, the court will select an individual to serve as mediator and issue an ORDER APPOINTING A MEDIATOR.

**(b) Conduct of Mediation Conference:** The mediation conference shall be conducted in accordance with the procedures outlined in this order.

**(c) Scheduling Mediation Conference:** The mediation conference may be conducted any time from the date the court appoints a mediator until **December 14, 2009**. Unless otherwise agreed to by the parties, the mediation conference will be conducted in facilities at the United States Courthouse, 801 North Florida Avenue, Tampa, Florida. Participants are required to report to the Clerk's Office twenty (20) minutes prior to the scheduled starting time of the mediation conference to determine room assignments for the conference.

**(d) Designation of Lead Counsel:** Timothy Condon, Esq. is designated as lead counsel and shall be responsible for working with the mediator and other counsel to coordinate the date, time and place of the mediation conference, within the window of time set forth in paragraph (c) above.

**(e) Responsibilities of Lead Counsel:** No later than **November 9, 2009**, lead counsel shall file a Notice of Mediation with the Clerk giving the agreed date, time, and place of the mediation conference.

**(f) General Rules Governing the Mediation Conference:** Although the mediation process is defined in greater detail in Chapter Nine of the Local Rules, the following additional guidelines are imposed upon the mediation process:

    **(1)**   **Case Summaries:** Not later than three (3) working days prior to the scheduled mediation conference, each party shall mail directly to the mediator and opposing counsel a brief written summary of the facts and issues of the attorney's fees dispute. These summaries shall be treated by the mediator as confidential communications, and shall not be incorporated into the public records of this case.

    **(2)**     <u>**Identification of Corporate and/or Claims Representatives**</u>**:** As part of the written case summaries, counsel for corporate parties and claims professionals shall state the name and general job description of the employee or agent of the corporation who will attend and participate on behalf of the corporate party.

    **(3)**     <u>**Authority of the Mediator**</u>**:** The mediator shall have authority to consult and conduct conferences and private caucuses with counsel, individual parties, corporate representatives and claims professionals, to suggest alternatives, analyze issues, question perceptions, use logic, stimulate negotiations and keep order.

    **(4)**     <u>**Authority to Declare Impasse**</u>**:** Although the average mediation conference usually takes between 3-5 hours, participants shall be prepared to spend as much time as necessary to settle the case, or until an impasse is declared by the mediator.

    **(g)**     <u>**Compensation of the Mediator**</u>**:** The mediator shall be compensated at such hourly rate as the mediator customarily charges for federal mediation. Unless otherwise agreed to by counsel, the costs of mediation shall be borne equally by all parties payable immediately upon the conclusion of mediation and upon motion of the prevailing party, may be taxed as costs in the instant action.

**DONE AND ORDERED** at Tampa, Florida this 19th day of October, 2009.

_____
ELIZABETH A JENKINS
United States Magistrate Judge