IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

AHMET HEPSEN,

    Plaintiff,

vs.

CASE NO.: 8:07-cv-1935-T-EAJ

J.C. CHRISTENSEN AND ASSOCIATES, INC.,

    Defendant.
_____/

## VERIFIED SECOND MOTION FOR SECOND SUPPLEMENTAL AWARD OF ATTORNEY FEES

Plaintiff Ahmet Hepsen ("Hepsen" or "the plaintiff") hereby moves the Court for a second supplemental award of attorney fees against defendant J.C. Christensen and Associates, Inc. ("J.C. Christensen" or "the defendant") pursuant to the provisions of the Fair Debt Collection Practices Act ("FDCPA" or "the Act"), 15 U.S.C. §1692k(a)(3), and in support thereof would state as follows:

1. On July 23, 2009 the above-captioned action was tried before the Court at a bench trial (Docket document number 60, herein after "Dkt. #60"). On September 22, 2009 the Court found in favor of Hepsen and awarded him $500 in damages (Dkt. #68). On September 23, 2009 a Judgment was entered by the Clerk (Dkt. #69).

2. On September 30, 2009 Hepsen filed a Motion for Award of Attorney Fees and Costs and Memorandum of Law in Support Thereof (Dkt. #70) (hereinafter sometimes referred to as "the

original motion for attorney's fees"), which he would hereby reallege and incorporate as if more fully stated herein.

3. On October 12, 2009, after the above-said motion for attorney's fees was filed with the Court, J.C. Christensen filed Defendant's Opposition to Plaintiff's Motion for Attorney's Fees and Costs with Supporting Exhibits and Memorandum of Law (Dkt. #74). Included was a sworn affidavit by J.C. Christensen's counsel in this case---thus with a apparent conflict of interest---purporting to show that a reasonable rate to be awarded to Hepsen's counsel in this action "should be less than $250 per hour." (Dkt. #74, p. 7.)

4. On October 13, 2009 J.C. Christensen filed its Notice of Filing Affidavit of Dale T. Golden, Esquire (Dkt. #76) ("Golden"). This affidavit contained a sworn statement that in the affiant's opinion "a reasonable hourly rate for Plaintiff's counsel is no more than $250.00 per hour."

5. Six (6) days ago a small claims county court judge found that a fees rate of $350 per hour was reasonable for Hepsen's counsel in that action. This caused the below-signed counsel to resolve to assist this Court in its deliberations on the fees issue by producing other court orders showing that the sworn affidavits of both J.C. Christensen's trial counsel and Golden are far off the mark and not supported by actual awards made in the Tampa Bay Area.

6. Hepsen has on the date of this Motion filed his Notice

of Filing Supplemental Authorities in Support of Motion for Award of Attorney Fees and Costs showing several awards of hourly fee rates to Hepsen's counsel and another attorney in state court actions of $350 per hour.

7. The time taken by the below-signed counsel to prepare Hepsen's Notice of Filing Supplemental Authorities in Support of Motion for Award of Attorney Fees and Costs, and to prepare this Second Motion for Second Supplemental Award of Attorney's Fees is 3.8 hours.

8. Hepsen's attorney is retained at an hourly rate of $350 per hour, and would reallege and incorporate herein the relevant authorities cited in his original motion for attorney's fees (Dkt. #70).

WHEREFORE, plaintiff Ahmet Hepsen would move the Court for a second supplemental award of attorney's fees for 3.8 hours of additional work in the above-captioned action at the rate of $350 per hour, for a second supplemental lodestar award amount of $1,330.

Respectfully submitted,

s/ Timothy Condon

VERIFICATION

I declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the foregoing is true and correct. Executed on:

__12-16-09__
DATE

_____
BY: Timothy Condon, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 16, 2009 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

s/ Timothy Condon
TIMOTHY CONDON, ESQ. FBN 217921
307 South Fielding Avenue, #2
Tampa, Florida 33606-4126
813-251-2626   Fax 813-200-3395
Email: tim@timcondon.net
COUNSEL FOR PLAINTIFF