IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

AHMET HEPSEN,

    Plaintiff,

vs.                              CASE NO.: 8:07-cv-1935-T-EAJ

J.C. CHRISTENSEN AND
ASSOCIATES, INC.,

    Defendant.
_____/

## AFFIDAVIT AS TO REASONABLE HOURLY FEE RATE

AFFIANT Joryn Jenkins, Esq. hereby appears and states as follows:

1. She is a practicing attorney in Tampa, Florida, and is familiar with prevailing hourly market rates for attorneys who practice in state and federal courts in the Tampa Bay area.

2. She is familiar with the knowledge, reputation, experience and expertise of attorney Timothy Condon, and in her opinion a fee rate of $350 per hour for his services performed as an appellee in the appeal to the 11th Circuit Court of Appeals in the above action is well in line with those prevailing in the Tampa Bay community for similar services by lawyers of reasonably comparable skill, experience and reputation.

I declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the foregoing is true and correct. Executed on:

9/29/2010
DATE                            BY: Joryn Jenkins, Esq.

**EXHIBIT "A"**