# Timothy Condon, Esq.

# INVOICE

307 S. Fielding Ave., #2
Tampa, FL 33606-4126

Invoice # 18
Date: 09/30/2010
Due Upon Receipt

Ahmet Hepsen
33555 George Busbee Parkway, N.W., #812
Kennesaw, GA 30144

## Hepsen-Resurgent

## 8:07-cv-1935-EAJ

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Service | 12/18/2009 | Drafting: Prepare and file Notice of Second Filing of Supplemental Authority by Ahmet Hepsen; note to file. | 0.4 | $300.00 | $120.00 |
| Service | 12/18/2009 | Reviewing: Receive and review newly published FCCPA court decision. | 0.2 | $300.00 | $60.00 |
| Service | 12/23/2009 | Communicating: Receive and review email from opposing counsel; prepare and send responding email; note to file. | 0.3 | $300.00 | $90.00 |
| Service | 12/23/2009 | Reviewing: Receive and review defendant's notice of opposition to second supplemental motion for attorney fees. | 0.2 | $300.00 | $60.00 |
| Service | 02/08/2010 | Reviewing: Receive and review CM/ECF notice regarding substitution of counsel in action. | 0.1 | $300.00 | $30.00 |
| Service | 03/24/2010 | Drafting: Draft reminder letter to court re ruling on attorney fees motion; note to file. | 0.4 | $300.00 | $120.00 |
| Service | 04/06/2010 | Communicating: Prepare and send 3.01(g) inquiry to opposing counsel; receive and review responding email from opposing counsel; prepare and send another email to opposing counsel; notes to file. | 0.4 | $300.00 | $120.00 |
| Service | 04/07/2010 | Reviewing: Receive and review email from opposing counsel. | 0.1 | $300.00 | $30.00 |
| Service | 04/07/2010 | Drafting: Begin drafting Motion for Reconsideration of court's final order awarding fees. | 2.5 | $300.00 | $750.00 |
| Service | 04/08/2010 | Drafting: Continue drafting motion for reconsideration relating to Court's final order awarding fees. | 3.0 | $300.00 | $900.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 04/09/2010 | Drafting: Complete Motion for Reconsideration of court's final order awarding fees. | 3.0 | $300.00 | $900.00 |
| Service | 04/23/2010 | Reviewing: Receive and review defendant's memo in opposition to motion for reconsideration of order awarding fees. | 0.5 | $300.00 | $150.00 |
| Service | 04/23/2010 | Reviewing: Receive and review defendant's memorandum in opposition to plaintiff's motion for reconsideration of court's final order awarding attorneys' fees and costs. | 0.5 | $300.00 | $150.00 |
| Service | 05/01/2010 | Drafting: Draft memorandum in opposition to defendant's motion to stay execution on judgments and for extension of time to file supersedeas bond. | 1.1 | $300.00 | $330.00 |
| Service | 05/01/2010 | Researching: Legal research on issue of staying execution on judgments and on extension of time to file supersedeas bond. | 1.8 | $300.00 | $540.00 |
| Service | 05/01/2010 | Reviewing: Receive and review defendant's motion to stay execution on judgments and for extension of time to file supersedeas bond. | 0.2 | $300.00 | $60.00 |
| Service | 05/06/2010 | Reviewing: Receive and review order denying motion to delay paying final judgment for fees; prepare and send email to opposing counsel; note to file. | 0.3 | $300.00 | $90.00 |
| Service | 05/06/2010 | Reviewing: Receive and review order denying motion to stay payment of judgments and for extension of time to place supersedeas bond; note to file. | 0.1 | $300.00 | $30.00 |
| Service | 05/06/2010 | Reviewing: Receive and review email from opposing counsel re bond to be posted; note to file. | 0.1 | $300.00 | $30.00 |
| Service | 05/10/2010 | Reviewing: Receive and review copy of motion for stay and approval of supersedeas bond; receive and review email from opposing counsel; prepare and send email to opposing counsel; receive and review email from opposing counsel; review supersedeas bond; prepare and send email to opposing counsel re no objection pursuant to 3.01g inquiry; notes to file. | 0.4 | $300.00 | $120.00 |
| Service | 05/13/2010 | Reviewing: Receive and review order re approval of supersedeas bond. | 0.1 | $300.00 | $30.00 |
| Service | 06/22/2010 | Reviewing: Receive and review email from opposing counsel; prepare and send responding email to opposing counsel; note to file. | 0.1 | $300.00 | $30.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 06/22/2010 | Reviewing: Receive and review email from opposing counsel; prepare and send email in response; prepare and send email to client; note to file. | 0.4 | $300.00 | $120.00 |
| Service | 06/22/2010 | Reviewing: Receive and review 11th Circuit decision affirming trial court's decision; note to file. | 0.5 | $300.00 | $150.00 |
| Service | 06/22/2010 | Communicating: Prepare and send email to opposing counsel re outcome of 11th Circuit appeal affirming trial court's decision, and payoff of judgments; note to file. | 0.0 | $300.00 | $0.00 |
| Service | 06/23/2010 | Reviewing: Receive and review email from opposing counsel re appeal; forward email to client; note to file. | 0.1 | $300.00 | $30.00 |
| Service | 07/19/2010 | Communicating: Prepare and send email to opposing counsel re payment of judgments after issuance of 11th Circuit mandate; note to file. | 0.1 | $300.00 | $30.00 |
| Service | 07/20/2010 | Reviewing: Receive and review letter from 11th Circuit together with mandate issued on appellate decision; note to file. | 0.1 | $300.00 | $30.00 |
| Service | 07/27/2010 | Drafting: Prepare and send email to opposing counsel re unpaid judgments; note to file. | 0.1 | $300.00 | $30.00 |
| Service | 07/27/2010 | Reviewing: Receive and review email from opposing counsel re payment of judgment entered in favor of Hepsen for damages; note to file. | 0.1 | $300.00 | $30.00 |
| Service | 07/27/2010 | Drafting: Prepare and send email to opposing counsel re payment of both judgments, moving against appeal bond, pending appeal as to fees; note to file. | 0.3 | $300.00 | $90.00 |
| Service | 08/02/2010 | Reviewing: Receive and review opposing counsel's memorandum in opposition to motion for award of appellate fees; note to file. | 0.4 | $300.00 | $120.00 |
| Service | 08/03/2010 | Reviewing: Receive and review CM/ECF notification regarding trial exhibits; note to file. | 0.1 | $300.00 | $30.00 |
| Service | 08/03/2010 | Reviewing: Receive and review correspondence and $500 check from opposing counsel re payoff on damages judgment; note to file. | 0.1 | $300.00 | $30.00 |
| Service | 08/03/2010 | Reviewing: Receive and review defendant's memorandum in opposition to application by Hepsen for award of appellate attorney's fees. | 0.5 | $300.00 | $150.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 08/03/2010 | Drafting: Prepare letter and send to client with check re payoff on $500 judgment notes to file and calendar. | 0.4 | $300.00 | $120.00 |
| Service | 08/06/2010 | Communicating: Telecon with Jennifer at bonding company in Longwood, Fla. regarding supersedeas bond sworn out by her company in this action. | 0.2 | $300.00 | $60.00 |
| Service | 08/06/2010 | Reviewing: Receive and review email from opposing counsel; note to file. | 0.1 | $300.00 | $30.00 |
| Service | 08/06/2010 | Drafting: Locate, review and set aside relevant documents in action and in appeal; prepare email to bonding company, attach documents and send to both bonding company and opposing counsel; note to file. | 1.7 | $300.00 | $510.00 |
| Service | 08/09/2010 | Reviewing: Receive and review email from opposing counsel re refusal of JCC to pay off fees judgment; note to file. | 0.1 | $300.00 | $30.00 |
| Service | 08/11/2010 | Communicating: Telecon with federal clerk's office re issuance of writ of execution on fees judgment; note to file. | 0.3 | $300.00 | $90.00 |
| Service | 08/13/2010 | Drafting: Prepare writ of execution and letter to clerk of court; note to file. | 0.6 | $300.00 | $180.00 |
| Service | 08/15/2010 | Communicating: Receive and review email from client; prepare and send explanatory email back to client re damages check sent to him; note to file. | 0.3 | $300.00 | $90.00 |
| Service | 08/17/2010 | Communicating: Prepare and send email to client re $500 payment on damages judgment; note to file. | 0.1 | $300.00 | $30.00 |
| Service | 08/19/2010 | Reviewing: Receive and review email from office re contact by federal clerk's office; note to file. | 0.1 | $300.00 | $30.00 |
| Service | 08/24/2010 | Reviewing: Receive and review email from opposing counsel; note to file. | 0.1 | $300.00 | $30.00 |
| Service | 08/25/2010 | Communicating: Prepare and send email to client re $500 payment on damages judgment; note to file. | 0.2 | $300.00 | $60.00 |
| Service | 08/26/2010 | Researching: Receive and review email from opposing counsel re satisfaction on $500 judgment; note to file. | 0.1 | $300.00 | $30.00 |
| Service | 08/26/2010 | Reviewing: Receive and review proposed writ of execution back from clerk's office unissued; note to file. | 0.1 | $300.00 | $30.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 08/26/2010 | Researching: Legal research pursuant to threats by opposing counsel re filing of satisfactions in wake of payoffs on judgments. | 1.1 | $300.00 | $330.00 |
| Service | 08/30/2010 | Drafting: Prepare, sign, scan, and file satisfaction with court clerk as to $500 payment on judgment by JCC; note to file. | 0.6 | $300.00 | $180.00 |
| Service | 09/28/2010 | Communicating: Telecon with judge's assistant re necessity of filing separate motion for fees on appeal; note to file. | 0.2 | $300.00 | $60.00 |
| Service | 09/29/2010 | Drafting: Prepare motion for appellate fees as directed by district court; prepare affidavit as to reasonable hourly fee rate. | 2.5 | $300.00 | $750.00 |
| Service | 09/29/2010 | Communicating: Emails to and from attorney Joryn Jenkins re affidavit as to reasonable hourly fee rate; meeting with Jenkins. | 0.6 | $300.00 | $180.00 |
| Service | 09/30/2010 | Drafting: Review and separate time and billing records, and prepare motion for award of post-judgment attorney's fees. | 2.5 | $300.00 | $750.00 |
| | | | | **Total** | **$9,150.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 18 | 09/30/2010 | $9,150.00 | $0.00 | $9,150.00 |
| | | | **Total Amount Outstanding** | **$9,150.00** |

Please make all amounts payable to: Timothy Condon, Esq.