## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**AHMET HEPSEN,**

    **Plaintiff,**

v.                                        Case No.: 8:07-CV-1935-T-EAJ

**J.C. CHRISTENSEN AND ASSOCIATES, INC.,**

    **Defendant.**

_____/

## ORDER

Motion:    Plaintiff's **Motion for Determination of Reasonable Amount of Attorney's Fees to be Awarded** (Dkt. 123).

Filing Date:    September 29, 2010.

Disposition:    **DENIED WITHOUT PREJUDICE**.  Plaintiff does not certify that he conferred with opposing counsel in an effort to resolve the issues presented in the motion without the court's intervention.  See Local Rule 3.01(g), M.D. Fla.

**DONE AND ORDERED** in Tampa, Florida on this 1st day of October, 2010.

ELIZABETH A JENKINS
United States Magistrate Judge