UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**AHMET HEPSEN,**

    Plaintiff,

v.                                                    Case No.: 8:07-CV-1935-T-EAJ

**J.C. CHRISTENSEN AND
ASSOCIATES, INC.,**

    **Defendant.**
_____/

## ORDER

Motion:    Plaintiff's **Motion for Award of Post-Judgment Attorney's Fees** (Dkt. 124).

Filing Date:    September 30, 2010.

Disposition:    **DENIED WITHOUT PREJUDICE**. Plaintiff does not certify that he conferred with opposing counsel in an effort to resolve the issues presented in the motion without the court's intervention. See Local Rule 3.01(g), M.D. Fla.

**DONE AND ORDERED** in Tampa, Florida on this 1st day of October, 2010.

*/s/ Elizabeth A. Jenkins*
ELIZABETH A JENKINS
United States Magistrate Judge